UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Case No.  08-cr-42-01-SM

<u>Christopher Bosch</u>

## O R D E R

Defendant Bosch's motion to continue the final pretrial conference and trial is granted  (document 15).   Trial has been rescheduled for the July 2008 trial period.   Defendant Bosch shall file a waiver of speedy trial rights not later than June 2, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** June 25,  2008 at 3:00 p.m.

**Jury Selection**:  July 8, 2008 at 9:30 a.m.

SO ORDERED.

_[signature]_
Steven J. McAuliffe
Chief Judge

May 19, 2008

cc:   Jessica Brown, Esq.
      Peter Papps, AUSA
      US Probation
      US Marshal