UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.        Case No.  08-cr-42-01-SM

<u>Christopher Bosch</u>

<u>O R D E R</u>

Defendant Bosch's motion to continue the final pretrial conference and trial is granted  (document 24).  No further continuances will be granted absent extraordinary circumstances.

Trial has been rescheduled for the December 2008 trial period.  Defendant Bosch has filed a waiver of speedy trial.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   November 19,  2008 at 2:30 p.m.

**Jury Selection**: December 2, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

October 1, 2008

cc:  Jessica Brown, Esq.
     Peter Papps, AUSA
     US Probation
     US Marshal